Fidelity & Deposit Company of Maryland, a corporation created and existing under the laws of the State of Maryland, Plaintiff in Error, vs. Granville C. Stapylton as Receiver of the Merchants National Bank of Ocala, a corporation under the laws of the United States; Hibbard B. Masters; William Anderson; J. C. Priest as Sheriff of Citrus County, Florida, and the Putnam National Bank of Palatka, a corporation under the laws of the United States, Defendants in Error.

Writ of error to Circuit Court, Marion county; William A. Hocker, Judge.

Anderson & Hocker, for Plaintiff in Error.

R. W. Davis, R. McConathy, R. A. Burford and W. S. Jennings, for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for plaintiffs, and the defendant takes writ of error.

Writ of error dismissed on praecipe of counsel for plaintiff in error.